UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

Plaintiff,

v.

Case No. 26-cv-12494
Honorable Linda V. Parker

JANE DOE, Intake Dental Personnel,

Defendant.
_______________________________/

**ORDER IDENTIFYING JANE DOE DEFENDANT AND REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT**

On July 21, 2026, Plaintiff Lamar Burton, a Michigan Department of Corrections ("MDOC") inmate, filed this pro se action against Defendants MDOC, "John Doe MDOC employees," and "Jane Doe Intake Dental Personnel." (ECF No. 1.) On August 25, 2026, the Court summarily dismissed Plaintiff's claims against MDOC and the John Doe defendant and required Plaintiff to file an amended complaint identifying Jane Doe. (ECF No. 35.) The case was subsequently stayed and referred to the District's Pro Se Prisoner Early Mediation Program. (ECF No. 9.)

It was subsequently determined that the matter was not appropriate for the program, as the remaining defendant is a contractual healthcare provider and not an MDOC employee. (*See* ECF No. 11.) Therefore, the case was excluded from the

program and the stay was lifted. (*Id.*) Through this process, however, the Michigan Attorney General's Office identified the "intake dental personnel" defendant identified in Plaintiff's Complaint as Navia Dayal, a contractual healthcare provider with Care One.

Accordingly, Plaintiff shall file an amended complaint within **fourteen (14) days** of this Order naming Navia Dayal as the defendant. The Clerk may await the filing of the amended complaint to prepare the forms necessary to effect service of process, as ordered in Magistrate Judge Kimberly G. Altman's November 24 order (ECF No. 11.)

**SO ORDERED**.

Date: November 25, 2026

s/LINDA V. PARKER
U.S. DISTRICT JUDGE